## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV7451　　　　　　　　　　　　　　　Purchased/Filed: August 22, 2007
STATE OF NEW YORK　　UNITED STATES DISTRICT COURT　　SOUTHERN DISTRICT

---

*Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds*　　Plaintiff

against

*Besser & Sons Drywall Inc.*　　Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY　　SS.:

__Jessica Miller__, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __September 5, 2007__, at __2:00 pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Rule 7.1 and Complaint on

__Besser & Sons Drywall Inc.__, the Defendant in this action, by delivering to and leaving with __Amy Lesch__, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __23__　Approx. Wt: __160__　Approx. Ht: __5'9"__
Color of skin: __White__　Hair color: __Blonde__　Sex: __F__　Other: _____

Sworn to before me on this
__7th__ day of __September, 2007__

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0707402

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179