UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS, | ) ) Index No. 07-CIV-7451 (KMK) |
| Plaintiffs, | ) ) ) STATEMENT OF DAMAGES |
| -against- | ) ) |
| BESSER & SONS DRYWALL, INC., | ) ) |
| Defendant. | ) ) |

---

Principal amount due............................................................... $ 2,447.90
for the period September 30, 2006 through to December 31, 2006

Attorneys' Fees ....................................................................... $ 2,000.00

Court Costs & Disbursements:

    Filing Fees (Index)............................................................ $ 350.00
    Process Server Fee........................................................... $   40.00


**GRAND TOTAL:**........................................................... $ 4,837.90